**Order entered September 19, 2019**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00615-CV

### DASPIT LAW FIRM, PLLC, Appellant

### V.

### ERIC HERMAN AND LAW OFFICES OF ANJEL K. AVANT, PLLC D/B/A AVANT LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01463-C**

## ORDER

On August 7, 2019, we ordered Dallas County Clerk John F. Warren to file, no later than August 19, 2019, a supplemental clerk's record containing Exhibit 1 to appellant's motion to abate and motion to compel arbitration. Mr. Warren responded by informing the Court the supplemental record had been prepared but would not be filed because appellant had not paid the fee for preparing the record. On September 16, 2019, appellant provided written verification it had paid the fee. Accordingly, we **ORDER** Mr. Warren to file the requested supplemental clerk's record no later than September 25, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    ERIN A. NOWELL
        JUSTICE